UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MOHAMED MOHAMMED HUSSEIN,

    Plaintiff,

  v.

FEDERAL BUREAU OF INVESTIGATION
and UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

    Defendants.

ORDER

Civil No. 07-1432-PK

HAGGERTY, Chief Judge:

    Magistrate Judge Papak referred to this court a Findings and Recommendation [18] in this matter. The Findings and Recommendation recommends granting defendants' Motion to Dismiss [9], and entering judgment dismissing this case without prejudice. Petitioner filed timely objections reiterating his understandable frustration with the delay that he has experienced at every phase of his immigration proceedings.

1 - ORDER

When a party objects to any portion of a Findings and Recommendation, the district court must conduct a de novo review. 28 U.S.C. § 636(b)(1)(B); *McDonnell Douglas Corp. v. Commodore Bus. Mach. Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Here, the court has performed a de novo review, evaluated the Findings and Recommendation, the objections, and the entire record. After this review, the court adopts the Findings and Recommendation.

The court adopts the Findings and Recommendation [18]. The Motion to Dismiss [9] is GRANTED.

IT IS SO ORDERED.

DATED this  31  day of March, 2008.

                                                  /s/ Ancer L. Haggerty
                                                     Ancer L. Haggerty
                                         United States District Judge