UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MOHAMED MOHAMMED HUSSEIN,

    Plaintiff,

    v.

FEDERAL BUREAU OF INVESTIGATION
and UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

    Defendant.

Civil No. 07-1432-PK

JUDGMENT

    Based on the Order adopting the Findings and Recommendation [18] of Magistrate Judge Papak,

    IT IS ORDERED AND ADJUDGED that this case is dismissed without prejudice.

    Dated this __31__ day of March, 2008.

                                     /s/ ANCER L. HAGGERTY
                                       ANCER L. HAGGERTY
                                UNITED STATES DISTRICT JUDGE